Dismissed and Memorandum Opinion filed July 13, 2006








Dismissed
and Memorandum Opinion filed July 13, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00438-CV

____________

 

ROBERT GASS, INC., ATLANTIC
ALLIANCE FIDELITY & SURETY COMPANY AND NAC REINSURANCE CORPORATION,
Appellants

 

V.

 

SCTW HEALTH CARE CENTER, INC. D/B/A


BAYOU PINES CARE CENTER,
Appellee

 



 

On Appeal from the 122nd District
Court

Galveston County,
Texas

Trial Court Cause No. 01CV1213

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 17, 2006.

On June
15, 2006, the parties filed a motion to dismiss the appeal in order to
effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
13, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.